IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTIAN HATCH<br><br>Plaintiff,<br><br>vs.<br><br><br>UNION PACIFIC RAILROAD COMPANY,<br><br><br>Defendants. | **8:25CV230**<br><br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **April 20, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

1

Dated this 20th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge