IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTIAN HATCH,

               Plaintiff,

    vs.

UNION PACIFIC RAILROAD COMPANY,

               Defendant.

**8:25CV230**


**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 28). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, and without award of costs, disbursements, or attorneys' fees to any party.


Dated this 22nd day of May, 2026.

               BY THE COURT:

               s/ Joseph F. Bataillon
               Senior United States District Judge